John L. Riccio
122 King Philip Drive
North Kingstown, RI 02852
Tel: (401) 884-3032

CA 07 184T

American National
Unlicensed Litigant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOHN RICCIO | (CASE NO: |
| | ( |
| Plaintiff | (PLAINTIFF'S COMPLAINT AGAINST |
| | (DEFENDANT FOR VIOLATING 18 U.S.C. |
| Vs. | ( SEC. 241, 242 VIOLATING INDIVIDUAL |
| | (CONSPIRACY TO VIOLATE 42 U.S.C. SEC. |
| JUDGE ERNEST C. TORRES | (1983 "UNDER THE COLOR OF LAW" |
| ROBERT CLARK CORRENTE, U.S. ATTY. | ( |
| ZECHARIAH CHAFEE, ASSIST. U.S. ATTY. | ( |
| Defendants | ( |
| | ( |

**COMES NOW** Plaintiff "John Riccio", and moves this Honorable Court, pursuant to the Oaths Sworn by the Presiding Judge and attending Public Officers To Support and Defend the U.S. Constitution in any and all proceedings before this Honorable Court in this matter:

1. To acknowledge that this Complaint, including its "Points & Authorities", is about a Judge who refused to Obey His Judicial Oath to Support and Defend the U.S. Constitution. Article III Sec. 1 "The Judicial Power of the United States, shall be vested in One Supreme Court, and in such Inferior Courts as the Congress may from time to time ordain and establish. The Judges, both of the Supreme and Inferior Courts, shall hold their Offices during Good Behavior." **If a Judge Refuses to Obey and Support the U.S. Constitution as the Defendant did with the Plaintiff, he was not acting**

**"during Good Behavior" and is Guilty of 18 U.S.C. Sec. 241 "Conspiracy Against Rights of Citizens Encompasses Due Process and Equal Protection Clauses of U.S. Constitution", 242 "Willfully subjecting any inhabitant to the Deprivation of Rights Secured by the Constitution and Laws" Violating Individual Conspiracy to Violate 42 U.S.C. Sec. 1983 "Under the Color of Law."**

As stated above, Article III Sec. 1 clearly states we have "One Supreme Court and "Inferior Courts." U.S. District Courts are "Inferior Courts." **As a result, they can only get their Jurisdiction from the SUFFICIENCY OF PLEADINGS – meaning one of the parties appearing before the Inferior Court MUST give the Court Jurisdiction, and it may only Exercise Jurisdiction when Specifically Authorized to do so from the Pleadings. Subject Matter Jurisdiction CAN NEVER Be Waived. Subject Matter Jurisdiction can be Challenged At Any Time In Any Court. <u>When Subject Matter Jurisdiction Is Challenged, the party asserting that the Court has Jurisdiction Has the Burden of showing that it exists On The Record.</u> Without such Legal Evidence of Subject Matter Jurisdiction being placed On The Record, the Court Has No Subject Matter Jurisdiction. (See Exhibit 7 Pages Re Subject Matter Jurisdiction) Under U.S. Constitution Article VI Supremacy Clause, the "Supreme Law of the Land", includes Statutes, Appellate Court Cases, U.S. Supreme Court Cases, Common Law, and Treaties. Judge Ernest Torres Willfully Violated Article VI Supremacy Clause when he Refused To Obey the Speedy Trial Act of 1974 and the U.S. Supreme Court Zedner Case (See Exhibit U.S. Supreme Court Zedner v. United States, No. 05-5992 U.S. 06/05/2006) when the 70 Day Speedy Trial Clock reached 108 Days on May 17, 2007 when Judge Torres Denied the Plaintiff's Motion**

**To Dismiss. Judge Torres also Disobeyed ALL of the Appellate Court Cases and the U.S. Constitution Amendment VI that there MUST Be a Warrant and it MUST Be in the Possession of the Arresting Officer or Any Conviction MUST Be Reversed. Also the Arresting Officer is Guilty of False Imprisonment for Not Taking the Plaintiff Directly to a Magistrate as required By Law. Judge Torres Disobeyed these Appellate Court Cases, thus Violating the Plaintiff's Constitutional Right of Due Process and Civil Rights. (See Exhibit Motion To Dismiss Page 2-3)**

2. To acknowledge that if the following U.S. Supreme Court & Appellate Court Cases Are Violated; this will be "Prima Facie Evidence" that the Defendant has Violated 18 U.S.C. Sec. 241, 242, & 42 U.S.C. Sec. 1983. **The Facts and the Law will speak for themselves.** The Plaintiff is laying down the Legal Foundation or Criteria to Support his Complaint against the Defendant. **The English Language is very easy to understand. If the Legal Citations Fit, You MUST Convict.**

**The United States Supreme Court has clearly, and repeatedly held that Any Judge who acts Without Jurisdiction is engaged in an Act of TREASON. U.S. v. Will, 449 U.S. 200, 216, 101 S.Ct. 471, 66 L.Ed.2d 392, 406 (1980); Cohens v. Virginia, 19 U.S. (6 Wheat) 264, 404, 5 L.Ed 257 (1821). Refusing to Obey Appellate and/or U.S. Supreme Court Rulings IS ACTING WITHOUT JURISDICTION, AN ACT OF TREASON, a Felony. Judge Torres Is Guilty As Charged.**

**Anastasoff v. United States (8th Circuit, 2000), "The Judicial power of the United States is limited by the Doctrine of Precedence." This Appellate Court Case reaffirms Article VI Supremacy Clause of the U.S. Constitution and Convicts Judge Torres for Refusing To Obey Precedent Cases as required By Law including the U.S. Supreme Court.**

**Faye Anastasoff vs. United States of America, 8th Circuit Court, 2000: <u>"It is on this account that our law is deemed certain, and founded in Permanent Principles, and not dependent on the Caprice or Will of Judges.</u> A more alarming doctrine could not be promulgated by any American Court, than that it was at liberty to disregard all former rules and decisions, and to decide for itself, without reference to the settled course of antecedent principles." THIS IS PRECISELY WHAT JUDGE TORRES DID. He acted capriciously and on the Will of Judge**

**Torres instead of following Precedent Cases and Statutes as the U.S. Constitution Requires. As a result, Judge Torres Violated His Judicial Oath to Support and Defend the U.S. Constitution and the Plaintiff's Constitutional Right of Due Process.**

**Miranda v. Arizona, 384 U.S. 436: "Where rights secured by the Constitution are involved, there can be No Rule Making or Legislation, which would abrogate them." JUDGE TORRES VIOLATED Miranda v. Arizona when he Denied Five Motions that dealt with basic Constitutional Rights, thus Violating the Plaintiff's Constitutional Right of Due Process and Civil Rights.**

"As this Court has often said 'Where a Court has Jurisdiction, it has a right to decide every question which occurs in the cause; and, whether its decision be correct or otherwise, its Judgment, until reversed, is regarded as binding in every other court, **but, if it Acts without authority, its Judgments and Orders are regarded as Nullities. They are not voidable, but simply VOID.' Elliot v. Peirsol, 1 Pet. 328, 340; Wilcox v. Jackson, 13 Pet. 498, 511; Hickey v. Steward, 3 How. 750, 762; Thompson v. Whitman, 18 Wall. 457, 467." IN RE SAWYER, 124 U.S. 200 (Underline emphasis) Judge Ernest Torres's Denial of the Plaintiff's Motions was Prima Facie Evidence of Being VOID JUDGMENTS, LEGAL NULLITIES, AND SIMPLY VOID.**

McNally v. U.S., 483 U.S. 350, 371-271, quoting U.S. v. Holzer, 816 F.2d. 304, 307: **"Fraud in its elementary common law sense of deceit... includes the deliberate concealment of material information in a setting of fiduciary obligation. A Public Official is a Fiduciary toward the Public... and if he deliberately conceals material information from them he is Guilty of Fraud." Judge Torres had a Legal and Fiduciary Obligation to Obey Appellate & U.S. Supreme Court Cases instead of Concealing the Fact that He Did Not Have Jurisdiction to Rule As He Did. As a result, Judge Torres is Guilty of Fraud and Deceit.**

**Morrison v. Coddington, 662 P. 2d. 155, 135 Ariz. 480 (1983) Fraud and Deceit may arise from Silence where there is a Duty to Speak the Truth, as well as from speaking an untruth. Judge Torres knew he was Acting Without Jurisdiction, but he wanted to Control the Verdict to the degree possible so he Remained Silent Violating the Plaintiff's Constitutional Right of Due Process and Civil Rights.**

It is well established American Jurisprudence that: **"Fraud destroys the validity of everything into which it enters," Nudd v. Burrows, 91 U.S. 426; "Fraud vitiates everything", Boyce v. Grundy, 3 Pet. 210; "Fraud vitiates the most solemn Contracts, Documents and Even Judgments." U.S. v. Throckmorton, 98 U.S. 61. This speaks Loud and Clear about Judge Torres's Rulings and Judgments. Judge Torres Is Guilty of Fraud Upon the Court, Acting Without Jurisdiction, Guilty of Treason, Guilty of Violating the Plaintiff's Constitutional Right of Due Process, and Civil Rights. The FACTS SPEAK FOR THEMSELVES.**

**The Legal Citations in this Complaint, particularly those under 2, should be**

**used as a guiding Standard to see just how badly Judge Torres Willfully Violated His Judicial Oath to Support and Defend the U.S. Constitution, Violated Article VI Supremacy Clause, Acted Without Jurisdiction, thus Violating the Plaintiff's Constitutional Right of Due Process and Civil Rights.**

3. To acknowledge that Judge Torres's Total Defiance of the U.S. Constitution clearly **meets Black's Law Dictionary Definition of a Kangaroo Court.** **"Term descriptive of a Sham Legal Proceeding in which a person's rights are totally disregarded and in which the result is a foregone conclusion because of the Bias of the Court or other tribunal."** **Almost every Action and Ruling by Judge Torres showed Bias & Prejudice against the Plaintiff. The U.S. Supreme Court has ruled that if there is even a hint of Bias, the Judge Is Disqualified as a Judge in the Case.**

4. To acknowledge that the U.S. Supreme Court has repeatedly held that even the Hint of Bias Disqualifies a Judge in a Case. A Motion does not even have to be filed. "In 1994, the U.S. Supreme Court held that "**Disqualification is required** if an object observer would entertain reasonable questions about the Judge's impartiality. If a Judge's attitude or state of mind leads a detached observer to conclude that a fair and impartial hearing is unlikely, the Judge MUST BE DISQUALIFIED." [Emphasis added]. Liteky v. U.S., 114 S.Ct. 1147, 1162 (1994). (See Exhibit 3 Pages Disqualification of Judges)

Courts have repeatedly held that positive ~~proof~~ of the partiality of a Judge is not a requirement, only the appearance of partiality. Liljeberg v. Health Services Acquisition Corp., 486 U.S. 847, 108 S.Ct. 2194 (1988) (what matters is not the reality of Bias or Prejudice but its appearance); United States v. Balistrieri, 779 F.2d 1191 (7th Cir. 1985), (Section 455(a) "is directed against the appearance of partiality, whether or not the Judge is actually biased.") ("Section 455(a) of the Judicial Code, 28 U.S.C. Sec. 455(a) is not intended to protect litigants from actual bias in their Judge but rather to promote Public Confidence in the Impartiality of the Judicial Process."). **The U.S. Supreme Court and Sec. 455(a) speaks loud and clear that Judge Torres's Ruling provide ample Evidence of Bias and that Judge Torres is Disqualified To Be a Judge in the Case.**

5. To acknowledge that Judge Torres Clearly and Willfully Violated the Plaintiff's Basic Constitutional Rights when he Denied 5 of the Plaintiff's 6 Motions. The Criteria should be the Legal Citations Cited Above. #1. "Motion To Claim and Exercise Constitutional Rights and Require the Presiding Judge To Rule Upon This Motion, and all Public Officers of This Court to Uphold Said Rights." **What could be**

**more Fundamental and Basic Than Reaffirming One's Constitutional Rights. Judge Torres had the Audacity and Gall to believe he is Above the Law and can Rule as he wishes as in a Kangaroo Court in Denying this Most Fundamental Request by John Riccio to Claim & Exercise His Constitutional Rights. This Complaint will outline Constitutional Right Violations by Judge Torres from almost every aspect of this Case.** <u>**He has shown Total Disregard for the Constitutional Rights of John Riccio In Denying John Riccio's Right to Claim & Exercise His Constitutional Rights. He should be Removed & Disbarred for such a Total Disregard for the U.S. Constitution.**</u> #2. "Motion To Demand This Court Read All Pleadings Defendant Files With This Court, and Adhere Only To Constitutionally Complaint Law and Case Law, and More Particularly, the Bill of Rights, in its Rulings." This is as Basic as the 55 Mile An Hour Speed Limit. <u>**If a Judge will not Grant This Motion and Judge Torres did not, there can be No Justice and No Constitutional Rights in that Case.**</u> **It can only be a Mockery of the U.S. Constitution and the U.S. Justice System. Judge Torres is so far out in the Left Field Of The Justice System that he could not come back to Reality of the U.S. Constitution in a 3 Day Safari.** #3. This "Judicial Notice" was to Claim & Reserve the Plaintiff's Constitutional Right to be Judged By Common Law as is Guaranteed in the U.S. Constitution, particularly Article VI Supremacy Clause that is the Supreme Law of the Land. The Right of Common Law goes back to the Magna Carta and is the Basis and Part of the U.S. Constitution. We have two basic forms of Law in the World – Code Law and Common Law. Under Common Law, there MUST Be Evidence of Someone Being Damaged and a Competent Witness or there can be No Conviction. **Judge Torres Denied this Basic**

**Constitutional Right to be Judged By "Common Law." This is Evidence of a "Kangaroo Court."** #4. Estoppel of Trial For At Least 30 Days Due To Fraud, Duress, Grand Jury, Subpoena of Witnesses, or 42 U.S.C. Sec. 1983 Will Be Violated & the Judge Can Be Held Personally Liable For Violation of Defendant's Constitutional Right of Due Process. Because Judge Ernest Torres was attempting to prevent John Riccio from being given any time to properly Prepare For Trial, This Estoppel of Trial For At Least 30 Days was Proper, Vital, and Necessary as the Facts Will Prove. John Riccio had a Totally Incompetent and Negligent Public Defender. <u>He refused to prepare or make any Defense for the Defendant.</u> John Riccio repeatedly asked for Evidence From the U.S. Prosecutor, but the <u>Public Defender said the Prosecutor was too busy and that he had all he needed to present the Defendant's Case, Preposterous But True.</u> **Judge Torres has refused to Recognize and Rule that when a Prosecutor refuses to provide Copies of All Documents to be used At Trial and a List of Witnesses At Least 30 Days Before Trial as in the Criminal Case, the Prosecutor is not Legally Permitted to Present Either the Documents or Witnesses At Trial. It is called Violating John Riccio's Constitutional Right of Due Process.** <u>The Public Defender refused to File Any Motions, Preposterous But True.</u> Finally John Riccio was forced to Fire his Public Defender in demanding a Marsden Hearing to do so. The Marsden Hearing took place on May 10, 2007 **where Judge Torres gave John Riccio the Right to Represent Himself, but the Judge immediately showed Extreme Bias and Willfully Violated John Riccio's Constitutional Right of Due Process. At first Judge Torres did not want to give the John Riccio any time to File Any Motions stating that he had plenty of time to do so through the Public Defender. Finally he grudgingly gave John Riccio One**

**Week to File Any Motions but said up front that he might not even hear them. His tone was clearly that the chances of having the Defendant's Motions Granted were "Slim & None." The Defendant went ahead any way because he knew that the Record could be used against the Judge for Violating the Defendant's Constitutional Rights.**

**Besides granting a minimum amount of time to File Any Motions, Judge Torres insisted on Giving the Defendant almost No Time To Prepare For Trial in Demanding that Trial Start on May 22, 2007. This prevented the Defendant from having any time to "Properly Prepare." It also gave the Defendant No Time to Subpoena Witnesses or Obtain a Copy of the Grand Jury testimony that applied to Him as it takes at least 30 Days to Receive a Transcript of the Grand Jury. From an Attorney Friend, the Defendant was told that he had an Absolute Right to get a Copy of the Grand Jury Transcript as it applied to Him and more importantly the Names of the Grand Jury, so they can be Subpoenaed. The Defendant John Riccio has a Constitutional Right to Address His Accusers and to Determine If the Grand Jury was a Legal and Valid Grand Jury. Example: Were there 12 Grand Jury Members at all times? A Petite Grand Jury of 6 or 9 is not Legal unless it is Agreed To In Writing By the Defendant. If One Member of the Grand Jury works for the U.S. Government, there is a "Conflict of Interest" INVALIDATING THE GRAND JURY FINDINGS? The Defendant John Riccio has a Legal Right to a Copy of the "Concurrence Form." THESE ARE ABSOLUTE LEGAL RIGHTS OF THE DEFENDANT UNDER ARTICLE 3 SEC. 2 CLAUSE 1 & DEMAND PROTECTION UNDER U.S. CONSTITUTION ARTICLE 3 SEC. 2 CLAUSE 2.**

**TAKE JUDICIAL NOTICE: Rarely Are Attorneys not given a Continuance upon a Reasonable Request, particularly when "Constitutional Right of Due Process is involved. When Judge Torres Willfully Denied the Estoppel of Trial For At Least 30 Days so the Defendant could be properly prepared, the Judge showed Extreme Bias and Prejudice Besides Violating the Defendant's Constitutional Right of Due Process and the 14th Amendment Equal Protection Clause. Judge Torres had No Legal Authority to "Rush To Judgment" or to deny the Defendant's Constitutional Rights. The Defendant presented 76 Page Booklet of Expert Witness Legal Citations On The Record proving that there was "Unlawful Arrest & False Imprisonment." All Judge Torres presented was the "Opinion of a Judge" that is Not Admissible as Evidence in Court, so sayeth the U.S. Supreme Court. (See Exhibit Page 17-18 Richard Cornfroth Re Opinion of Atty. & Judge) That Opinion is Hearsay Evidence and not a Competent Witness under FRE 901 & 902. Judge Torres also ignored and Disobeyed the U.S. Supreme Court Zedner Ruling Regarding Violation of the 1974 Speedy Trial Act. As of May 17, 2007, the Speedy Trial Clock reached 108 Days versus the Limit of 70 Days. (See Exhibit of Zedner Case) When Judge Torres ignored this Absolute Legal Fact, it showed his Extreme Bias and Total Disregard For the Law. When Judge Torres tried to hold the Defendant Responsible for Mistakes, Incompetence, and Negligence of the Public Defender, this once again showed Extreme Bias and a Violation of the Defendant's Constitutional Right of Due Process.** #5. Motion To Dismiss. This Motion To Dismiss provided Absolute & Irrefutable Evidence that the Case had to be Dismissed or Judge Torres would be Guilty of Extreme Bias, Guilty of Violating the Defendant's

Constitutional Right of Due Process and Civil Rights. **Judge Torres was warned that if he Denied the Motions he Could Be Held Personally Liable under 42 U.S.C. Sec. 1983 for Acting Outside His Judicial Capacity and as any other Private Citizen. No Judge including Judge Torres is Above the Law even though many think they are. The Defendant John Riccio is an International Sovereign and his "Act of State" calls for $10 Million Per Violation of his "Act of State." Judge Ernest Torres needs to be shown that he Is Not Above the Law and Cannot Deprive an U.S. Citizen of His Constitutional Rights Without Being Held Personally Liable. (See Exhibit "Act of State")**

**The Violation of the 1974 Speedy Trial Act and the Zedner Case were discussed in detail first in the Motion To Dismiss. No Judge has the Authority or Jurisdiction to Disobey His Judicial Oath, a Federal Statute, and a U.S. Supreme Court Ruling that clearly stated "Without an In Interest of Justice Statement On The Record" there can be No Continuance of the 70 Day Speedy Trial Clock. According to the U.S. Supreme Court, the Speedy Trial Clock reached 108 Days on May 17, 2007, so the Case MUST BE DISMISSED or Judge Torres Acting Without Jurisdiction Violating the Defendant's Constitutional Right of Due Process and is Guilty of Treason, so sayeth the U.S. Supreme Court. (See Exhibit Motion To Dismiss Page 1-2)**

**The Second Major Defense was the Fact that John Riccio was subjected to an Unlawful Arrest and False Imprisonment according to his Expert Witness (76 Page Booklet of Legal Evidence with an overkill of Legal Evidence proving that John Riccio was Unlawfully Arrested and Falsely Imprisoned). The U.S. Constitution**

**Amendment IV clearly states that there MUST Be a Warrant and an Affidavit. Judge Torres believes that he Can Act As a Dictator and ruling according to His Own Agenda, the U.S. Constitution Be Damned. Also a number of Appellate Court Cases that were Cited in the Motion To Dismiss clearly prove that if the Arresting Officer does not have the Warrant in their Possession that Any Conviction MUST Be Overturned. Judge Torres ignored these powerful Appellate Cases proving that the Court Had No Jurisdiction. (See Exhibit Motion to Dismiss Page 2-3) John Riccio was Illegally Booked, Fingerprinted, and Photographed before Conviction Violating His Constitutional Right of Due Process. He also was not taken Directly to a Magistrate before being Held or Booked per the Appellate Court Cases. Also on Page 3 of the Motion To Dismiss is the Fact that the Defendant was Interrogated by the TSA Supervisor and Agents without being Read His "Miranda Rights." (See Exhibit Motion To Dismiss Page 3) THIS IS AN ABSOLUTE NO-NO OF CONSTITUTIONAL RIGHTS. All of the numerous Violations of John Riccio's Constitutional Right of Due Process relating to the Unlawful Arrest and False Imprisonment were Ignored and Disobeyed by Judge Torres. Finally on Page 4 of Motion To Dismiss, it was an Irrefutable Fact that there was No Evidence Presented Proving that there was a "Violation of a Material Fact" Violating 18 U.S.C. Sec. 1001. Under Common Law that is part of the U.S. Constitution that Judge Torres has Willfully Violated, there is No Evidence of Anyone Being Damaged and there is No Competent Witness. This is further Prima Facie Evidence of Extreme Bias and the belief that Judge Torres believes he is above the Law and proving that he**

**Willfully Violated 18 U.S.C. Sec. 241, 242 a Conspiracy to Deprivation of Constitutional Rights to Violations under 42 U.S.C. Sec. 1983.**

6. To acknowledge that John Riccio is an International Sovereign with an "Act of State." (See Exhibit "Act of State") John Riccio's "Act of State" allows for Damages to the "Act of State" of $10 million per Violation and includes Diplomatic Immunity. **As a result of this "Act of State" Sovereign Status, John Riccio has a Legal Right to at least $10 million in Damages for Violating His "Act of State." Anything less than that would be an Affront and Violation to his "Act of State."**

**CONCLUSION: Since the Instant Case is related to a Criminal Case and the Allegations in the Instant Case are Criminal Violations as they relate to 42 U.S.C. Sec. 1983 and because of the Amount of the Damages, the Plaintiff Demands to be Judged with a Trial By Jury. The Evidence presented is clear and irrefutable against Judge Ernest Torres that he Willfully Violated John Riccio's Constitutional Rights "Under the Color of Law." No Judge is above the Law including Judge Torres. When a Judge is "At War Against the Constitution" Acting Without Jurisdiction and Violating John Riccio's Constitutional Right of Due Process as is Judge Torres, he is Guilty of TREASON, so sayeth the U.S. Supreme Court. This Court is obligated Under the U.S. Constitution Article VI Supremacy Clause to Obey Federal Statutes, Appellate Court Cases, U.S. Supreme Court Cases, Common Law, and Treaties as well as being a Court of Inferior Jurisdiction to Obey the Precedent Cases and Statutes Presented or it would be Violating John Riccio's Constitutional Right of Due Process and Civil Rights.**

**NOTICE & DEMAND: John Riccio is bound by 18 U.S.C. Sec. 4 MISPRISION. If a Person becomes aware of a Crime and does not report it, he is**

**Guilty of a Felony. Judges are bound by 18 U.S.C. Sec. 1 if they become aware of a Crime of Another Judge, they MUST Report it. IF JUDGE ERNEST TORRES DOES NOT DISQUALIFY/RECUSE HIMSELF BEFORE TRIAL FROM CASE NO. 07-012T against John Riccio as he is Required To Do Under the Law Because of a "Conflict of Interest and Bias", then John Riccio will be forced to File a Criminal Complaint against Judge Ernest Torres for Willful Violation of 18 U.S.C. 241, 242 for "Deprivation of Constitutional Rights" and for "Conspiracy" to Violate 42 U.S.C. Sec. 1983. John Riccio will also File a Major Complaint with Chief Judge John Roberts of the U.S. Supreme Court.**

Dated: May 21, 2007

Respectfully submitted

John Riccio, American Citizen
Unlicensed Litigant

**CERTIFICATE OF SERVICE**

**I certify** that on this 21 day of May, 2007 a true and correct copy of the foregoing Complaint was delivered to:

Judge Ernest Torres
Deliver to Judge's Clerk or Clerk of the Court

Robert Clark Corrente
United States Attorney
Zechariah Chafee
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903