UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

JOHN L. RICCIO

v.

CA No. 07-184

JUDGE ERNEST C. TORRES,
U.S. ATTORNEY ROBERT CLARK CORRENTE
and ASSISTANT U.S. ATTORNEY
ZECHARIAH CHAFEE

**ORDER**

Because I am a named defendant, I hereby decline to accept this case and direct that it be placed back in the draw for assignment to a different judge.

By Order:

Deputy Clerk

ENTER:

Ernest C. Torres
Senior U.S. District Judge

Date: 5/22/07