UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JOHN L. RICCIO

Vs. C.A. NO. 07-184T

ERNEST C. TORRES
ROBERT C. CORRENTE
and ZECHARIAH CHAFEE

ORDER

The undersigned hereby recuse themselves from further participation in the above-captioned case.

Mary M. Lisi
Chief U.S. District Judge
Date: May 23, 2007

William E. Smith
U.S. District Judge
Date: 5/23/07

Ronald R. Lagueux
Senior U.S. District Judge
Date: 5/23/07