UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOHN L. RICCIO

Vs. C.A. NO. 07-184T

ERNEST C. TORRES
ROBERT C. CORRENTE
and ZECHARIAH CHAFEE

Since all of the judges of this Court have recused themselves, this case is hereby referred to the District of New Hampshire for assignment to a judge in that District sitting by designation.

The Clerk shall forward a copy of the file to the District of New Hampshire for assignment but jurisdiction over this case shall remain with the District of Rhode Island which shall enter final judgment.

The originals of all documents filed in the future shall be filed in the district of Rhode Island.

The recusal of all of the judges of this court gives rise to an "emergency" with respect to the referred case as that term is used in 28 U.S.C. §636(f). I therefore concur in the assignment of a magistrate judge from the District of New Hampshire to perform the duties specified in 28 U.S.C. §636(a) - (c).

SO ORDERED.

By Order:
Barbara Barletta
Deputy Clerk

Mary M. Lisi
Mary M. Lisi
Chief Judge
May 23, 2007

**Concurring Order**

I concur that an emergency exists as specified in the above and that for the duration of this case Magistrate Judge is assigned to perform such duties under 28 U.S.C. §636(a) - (c) as may be assigned to him/her by the District Judge to whom this case is assigned.

Date: _______________________ Chief Judge, Assignee District