U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

PLAINTIFF: John L. Riccio
COURT CASE NUMBER: CA 07-184

DEFENDANT: ZACHARIAH CHAFEE, ASST US ATTY.
TYPE OF PROCESS:

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: US ATTY'S OFF.

**AT** ADDRESS (*Street or RFD, Apartment No., City, State and ZIP Code*): 50 KENNEDY PLAZA, 8th FL., PROVIDENCE, RI 02903

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

JOHN L. RICCIO
122 KING PHILLIP DR.
N. KINGSTOWN, RI 02852

Number of process to be served with this Form - 285:
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

Fold

Fold

Signature of Attorney or other Originator requesting service on behalf of: [signature] ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 401-884-3032
DATE: 5-21-07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 3 | No. 70 | No. 70 | Edward R. Kavan | 5/21/07 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

Name and title of individual served (*if not shown above*): LUIS MATOS, FAUSA

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (*complete only if different than shown above*):

Date of Service: 5/22/07
Time: 11:15 am/pm

Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $ 45.00 | — 0 — | | $ 45.00 | $ 150.00 | | $ 105.00 |

REMARKS:
Total: 1 DUSM, 1 hr
No mileage

PRIOR EDITIONS MAY BE USED

1. CLERK OF THE COURT

FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Riccio

V.

Torres et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 07 184

TO: (Name and address of Defendant)

ASST. US ATTORNEY ZACHARIAH CHAFEE
US. ATTY'S OFF.
50 KENNEDY PLAZA, 8th Floor
PROVIDENCE, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOHN L. RICCIO
122 KING PHILLIP DR.
N. KINGSTOWN, RI 02852

an answer to the complaint which is herewith served upon you, within _ _ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 5/21/07

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 5/22/07 |
|---|---|
| NAME OF SERVER *(PRINT)* Robert D Young | TITLE CI-DUSM |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: FALISA Luis MATOS

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/22/07
Date

[signature]
Signature of Server

PO 1524, 2 Exchange Terr, Prov. RI
Address of Server

FILED
2007 MAY 24 A 11:51
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.