John L. Riccio
122 King Philip Drive
North Kingstown, RI 02852
Tel: (401) 884-3032

American National
Unlicensed Litigant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOHN RICCIO | ( C.A. NO. 07-184T |
| | ( |
| Plaintiff | ( PLAINTIFF'S MOTION FOR LEAVE TO |
| | ( AMEND COMPLAINT TO INCLUDE 40 |
| vs. | ( JOHN DOES TO PREVENT DUPLICATION |
| | ( OF LAWSUITS. |
| ERNEST C. TORRES | ( |
| ROBERT C. CORRENTE | ( |
| And ZECHARIAH CHAFFEE | ( |
| | ( Chief Judge : Mary M. Lisi |
| Defendants | ( |
| | ( |

Plaintiff, John Riccio, comes to this Court to present Plaintiff's Motion For Leave To Amend Complaint To Include 40 John Does To Prevent Duplication of Lawsuits. The Plaintiff has recently discovered a number of Federal & State Government Employees and/or Co-Conspirators that need to be added as Defendants to the Current List of 3 Defendants. Because these Unnamed Defendants are guilty of Violating the Plaintiff's Constitutional and Civil Rights and are an integral part of the Instant Case Facts, the Plaintiff should have a Legal Right to have them added to the Instant Case instead of having to Prosecute Two Cases with the Same Facts and the Same Issues. This would waste the Court's Time and Resources as well as the Plaintiff's and Defendants' Time and Resources as Witnesses. Since the Instant Case has not gotten underway in any

meaningful way, neither the Court nor the Current 3 Defendants would be inconvenienced by this Motion For Leave To Amend Complaint To Include 40 John Does To Prevent Duplication of Lawsuits.

In the Interest of Justice and the Conservation of Resources of All Parties, the Plaintiff strongly urges this Court To Grant Plaintiff's Motion For Leave To Amend Complaint To Include 40 John Does as Defendants.

Dated: July 2, 2007

Respectfully submitted

John Riccio, Unlicensed Litigant

**CERTIFICATE OF SERVICE**

**I certify** that on this 2nd day of July a true and correct copy of the foregoing Complaint was delivered/mailed to:

Judge Ernest Torres
Deliver to Judge's Clerk or Clerk of the Court

Robert Clark Corrente
United States Attorney
Zechariah Chafee
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

John Leonard Riccio