IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN RICCIO, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CA No. 07-184T |
| | : | |
| ERNEST C. TORRES, | : | |
| ROBERT C. CORRENTE and | : | |
| ZECHARIAH CHAFEE | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF ENTRY OF APPEARANCE**

I hereby enter my appearance as counsel for Defendants Ernest C. Torres, Robert C. Corrente and Zechariah Chafee, in the above matter.

ROBERT CLARK CORRENTE
United States Attorney

/s/ Dulce Donovan
DULCE DONOVAN
Assistant U.S. Attorney
Chief, Civil Division
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: dulce.donovan@usdoj.gov

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 5th day of July, 2007, I electronically filed the within Notice of Entry of Appearance with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF System. I further certify that a copy of the within document was forwarded by regular mail, to:

John L. Riccio
122 King Philip Drive
North Kingstown, RI 02852

/s/ Dulce Donovan
DULCE DONOVAN
Assistant U.S. Attorney
Chief, Civil Division
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: dulce.donovan@usdoj.gov