IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN RICCIO, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 07-184 |
| | : | |
| ERNEST C. TORRES, | : | |
| ROBERT C. CORRENTE and | : | |
| ZECHARIAH CHAFEE | : | |
| | : | |
| Defendant. | : | |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND MOTION TO ADD 40 JOHN DOES**

Now come Defendants Ernest C. Torres, Robert C. Corrente and Zechariah Chafee, by and through their undersigned attorneys, and hereby request the Court to enter an order enlarging the time within which they may file their response in the above-captioned matter up to and including August 20, 2007. Defendants state as their basis for this motion that Riccio's initial pleading raises many claims, which implicate a host of defenses on behalf of all defendants. Defendants' initial response to the Complaint will be lengthy and additional time is needed to prepare that response. Because Defendants' response to the Complaint may request dismissal of the action, and any response to Plaintiff's Motion to add parties may raise similar issues,

Defendants also request additional time to respond to Plaintiff's Motion.

ROBERT CLARK CORRENTE
United States Attorney

/s/ Dulce Donovan
DULCE DONOVAN
Assistant U.S. Attorney
Chief, Civil Division
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: dulce.donovan@usdoj.gov

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 20th day of July, 2007, I electronically filed the within Defendants' Motion for Extension of Time with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF System. I further certify that a copy of the within document was forwarded by regular mail, to:

John L. Riccio
122 King Philip Drive
North Kingstown, RI 02852

/s/ Dulce Donovan
DULCE DONOVAN
Assistant U.S. Attorney
Chief, Civil Division
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: dulce.donovan@usdoj.gov