IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN RICCIO, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 07-184 |
| | : | |
| ERNEST C. TORRES, | : | |
| ROBERT C. CORRENTE and | : | |
| ZECHARIAH CHAFEE | : | |
| | : | |
| Defendants. | : | |

**DEFENDANTS' SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND MOTION TO ADD 40 JOHN DOES**

Now come Defendants Ernest C. Torres, Robert C. Corrente and Zechariah Chafee, by and through their undersigned attorneys, and hereby request the Court to enter an order enlarging the time within which they may file their response in the captioned matter up to and including September 19, 2007. Defendants state as their basis for this second motion as follows:

1. The United States Attorney's Office for the District of Rhode Island has been recused from involvement in this matter.

2. Since one of the named defendants, Ernest C. Torres is a presiding Judge in the United States District Court for the District of Rhode Island, all District Court Judges for the District of Rhode Island have recused themselves also.

3. On May 23, 2007, Chief Judge Mary M. Lisi directed that this case be transferred to the District of New Hampshire for further handling.

4. The representation of the named Defendants is in the process of being transferred to another United States Attorney's Office.

5. On July 3, 2007, Plaintiff filed a Motion to Add 40 John Does. Defendants also request additional time to respond to this Motion.

WHEREFORE, Defendants respectfully request a second extension of time to file their response to Plaintiff's Complaint and request an extension of time to respond to Plaintiff's Motion to Add 40 John Does up to and including September 19, 2007.

ROBERT CLARK CORRENTE
United States Attorney

/s/ Dulce Donovan
DULCE DONOVAN
Assistant U.S. Attorney
Chief, Civil Division
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: dulce.donovan@usdoj.gov

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 20th day of August, 2007, I electronically filed the within Defendants' Second Motion for Extension of Time with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF System. I further certify that a copy of the within document was forwarded by regular mail, to:

John L. Riccio
122 King Philip Drive
North Kingstown, RI 02852

/s/ Dulce Donovan
DULCE DONOVAN
Assistant U.S. Attorney
Chief, Civil Division
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: dulce.donovan@usdoj.gov