IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| John L. RICCIO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 07-184 |
| | ) | |
| Ernest C. TORRES, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## APPEARANCE

Enter my appearance as replacement counsel for the defendants in the above-entitled case.

Respectfully submitted,

THOMAS P. COLANTUONO
United States Attorney

/s/ Seth R. Aframe
By:
Seth R. Aframe
MA Bar No. 643288
Special Attorney, District of Rhode Island
U.S. Department of Justice
53 Pleasant Street, Fourth Floor
Concord, NH 03301-3904
603-225-1552
seth.aframe@usdoj.gov

September 18, 2007

## CERTIFICATE OF SERVICE

I certify that on this 18th day of September, 2007, the foregoing Appearance was mailed via first-class, postage prepaid, mail to John L. Riccio, 122 King Phillip Drive, No. Kingstown, RI 02852, pro se plaintiff.

/s/ Seth R. Aframe
Seth R. Aframe, Special Attorney