# U.S. District Court
## District of Rhode Island (Providence)
## CRIMINAL DOCKET FOR CASE #: 1:07-cr-00012-T-DLM-ALL

Case title: USA v. Riccio

Date Filed: 01/24/2007

---

Assigned to: Judge Ernest C. Torres
Referred to: Magistrate Judge David L. Martin

**Defendant**

**John L. Riccio** (1)

represented by **John L. Riccio**
122 King Phillip Drive
North Kingstown, RI 02852
401-829-1995
PRO SE

**Kevin J. Fitzgerald**
Federal Defender's Office
10 Weybosset St.
Suite 300
Providence, RI 02903
528-4281
Fax: 528-4285
Email: Kevin_Fitzgerald@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| MAKING A FALSE, FICTITIOUS OR FRAUDULENT STATEMENT ON A DOCUMENT SUBMITTED TO THE TRANSPORTATION SECUTITY ADMINISTRATION in Violation of 18 USC 1001 (1) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

Exhibit A

None

**Complaints**

None

**Disposition**

---

**Plaintiff**

**USA**

represented by **Zechariah Chafee**
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza
8th Floor
Providence, RI 02903
709-5000
Fax: 709-5001
Email: zechariah.chafee@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/24/2007 | 1 | INDICTMENT as to John L. Riccio (1) count(s) 1. (Attachments: # 1 Cover Sheet) (Saucier, Martha) (Entered: 01/24/2007) |
| 01/24/2007 | | Summons Issued in case as to John L. Riccio Arraignment set for 1/29/2007 02:00 PM in Courtroom B before Magistrate Judge David L. Martin. (Saucier, Martha) (Entered: 01/24/2007) |
| 01/24/2007 | | NOTICE OF HEARING DEFENDANT REQUEST as to John L. Riccio Arraignment set for 1/29/2007 02:00 PM in Courtroom B before Magistrate Judge David L. Martin. (Saucier, Martha) (Entered: 01/24/2007) |
| 01/29/2007 | 2 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to John L. Riccio Kevin J. Fitzgerald for John L. Riccio appointed. So Ordered by Magistrate Judge David L. Martin on 1/29/07. (Saucier, Martha) (Entered: 01/29/2007) |
| 01/29/2007 | 3 | NOTICE OF ATTORNEY APPEARANCE: Kevin J. Fitzgerald appearing for John L. Riccio (Saucier, Martha) (Entered: 01/29/2007) |
| 01/29/2007 | | Minute Entry for proceedings held before Magistrate Judge David L. Martin :Arraignment as to John L. Riccio (1) Count 1 held on 1/29/2007, Bond Hearing as to John L. Riccio held on 1/29/2007. Z. Chafee for the government; Kevin Fitzgerald for the defendant; Maureen Bradley for probation. Court informs defendant of pending charge; Court enters a plea of not guilty on behalf of the defendant; Court enters an arraginment order; Court questions defendant regarding his financial situtation as it relates to the appointment of the Federal Public Defender; Court will allow FPD to continue representing the defendant; Defendant is ordered |

| | | |
|---|---|---|
| | | to submit his payroll stub to the pretrial service officer. Both sides recommend bail. Court orders defendant released on $10,000.00 unsecured bond with additional conditions. (Courtroom Courtroom B at 2:10.) (Saucier, Martha) (Entered: 01/29/2007) |
| 01/29/2007 | 4 | ARRAIGNMENT ORDER as to John L. Riccio Motions due by 3/12/2007. Responses due by 3/21/2007 Pretrial Conference set for 3/13/2007 09:30 AM in Courtroom B before Magistrate Judge David L. Martin. So Ordered by Magistrate Judge David L. Martin on 1/29/07. (Saucier, Martha) (Entered: 01/29/2007) |
| 01/29/2007 | 5 | Appearance Bond Entered as to John L. Riccio in amount of $ $10,000.00 Unsecured . So Ordered by Magistrate Judge David L. Martin on 1/29/07. (Saucier, Martha) Additional attachment(s) added on 1/29/2007 (Saucier, Martha). (Entered: 01/29/2007) |
| 01/29/2007 | 6 | ORDER Setting Conditions of Release . So Ordered by Magistrate Judge David L. Martin on 1/29/07. (Saucier, Martha) (Entered: 01/29/2007) |
| 01/30/2007 | 7 | Summons Returned Executed on 1/26/07. as to John L. Riccio (Gilfillan, Barbara) (Entered: 02/02/2007) |
| 02/12/2007 | 8 | MOTION to Continue *Empanelment* With Supporting Memorandum by John L. Riccio. (Fitzgerald, Kevin) (Entered: 02/12/2007) |
| 02/28/2007 | | Motions Forwarded to Chambers: 8 MOTION to Continue *Empanelment* (Jackson, Ryan) (Entered: 02/28/2007) |
| 03/06/2007 | 9 | ORDER granting 8 Motion to Continue as to John L. Riccio (1). So Ordered by Judge Ernest C. Torres on 3/6/07. (Jackson, Ryan) (Entered: 03/06/2007) |
| 03/06/2007 | | Reset Deadlines as to John L. Riccio: Motions due by 5/10/2007. (Jackson, Ryan) (Entered: 03/06/2007) |
| 03/12/2007 | | NOTICE OF HEARING as to John L. Riccio Pretrial Conference has been RESCHEDULED for 5/8/2007 09:30 AM in Courtroom B before Magistrate Judge David L. Martin. Per request of counsel(Saucier, Martha) (Entered: 03/12/2007) |
| 04/26/2007 | 10 | TRIAL NOTICE filed; CALENDAR CALL set for 5/8/07 at 9:00 AM; JURY IMPANELMENT set for 5/22/07 at 9:30 AM in Courtroom 3. (Jackson, Ryan) (Entered: 04/26/2007) |
| 05/02/2007 | | AMENDED NOTICE OF HEARING as to John L. Riccio Pretrial Conference HAS BEEN RESCHEDULED FOR 5/7/2007 09:30 AM in Magistrate Judge Martin Chambers - Room P-285 before Magistrate Judge David L. Martin. (Saucier, Martha) (Entered: 05/02/2007) |
| 05/02/2007 | 11 | ORDER as to John L. Riccio . So Ordered by Judge Ernest C. Torres on 5/2/07. (Jackson, Ryan) (Entered: 05/02/2007) |
| 05/02/2007 | 12 | Defendant's MOTION to Represent Himself Pro Se by John L. Riccio, pro se. (Attachments: # 1 Exhibit B; Exhibit A is Sealed Document #13) |

| | | |
|---|---|---|
| | | (Jackson, Ryan) (Entered: 05/02/2007) |
| 05/02/2007 | 13 | Sealed Document (Jackson, Ryan) (Entered: 05/02/2007) |
| 05/02/2007 | | NOTICE OF HEARING DEFENDANT REQUEST as to John L. Riccio: Motion Hearing re: Defendant's 12 MOTION to Represent Himself set for ***5/10/2007 at 11:30 AM*** in Courtroom 3 before Judge Ernest C. Torres. (Jackson, Ryan) (Entered: 05/02/2007) |
| 05/03/2007 | 14 | PRETRIAL ORDER as to John L. Riccio: Calendar Call set for 5/8/2007 09:00 AM in Courtroom 3 before Judge Ernest C. Torres has been ***CANCELLED***; Jury Selection set for ***5/22/2007 at 9:30 AM*** in Courtroom 3 before Judge Ernest C. Torres. So Ordered by Judge Ernest C. Torres on 5/3/07. (Jackson, Ryan). (Entered: 05/03/2007) |
| 05/08/2007 | | Minute Entry for proceedings held before Magistrate Judge David L. Martin :Pretrial Conference as to John L. Riccio held on 5/8/2007 (Saucier, Martha) (Entered: 05/08/2007) |
| 05/10/2007 | | Minute Entry for proceedings held before Judge Ernest C. Torres :Motion Hearing as to John L. Riccio held on 5/10/2007 re 12 Defendant's MOTION to Represent Himself Pro Se filed by John L. Riccio. Government: Zechariah Chafee, AUSA; Defendant: Kevin Fitzgerald, AFD. Counsel of record present. Defendant present. Court questions defendant. Defendant confirms he wishes to represent himself and pursue motion. Court further questions defendant. Court grants defendant's motion to represent himself pro se. Court appoints Kevin Fitzgerald, AFD as stand-by counsel for the defendant. The Court allows the defendant until the close of business on 5/17/07 to file his pretrial motions. (Court Reporter Anne M. Clayton in Courtroom 3 at 11:29 a.m.) (Leyva, Lucia) Modified on 5/11/2007 (Leyva, Lucia). (Entered: 05/11/2007) |
| 05/10/2007 | | ORAL ORDER of Judge Ernest C. Torres on May 10, 2007 as to John L. Riccio granting 12 MOTION to Represent Himself Pro Se filed by John L. Riccio. The Court appoints Kevin Fitzgerald, AFPD as stand-by counsel. The defendant shall have until the close of business on Thursday, May 17, 2007 to file pretrial motions. (Leyva, Lucia) (Entered: 05/11/2007) |
| 05/10/2007 | | TEXT ORDER. For reasons stated in open court on May 10, 2007, 12 MOTION to Represent Himself Pro Se filed by John L. Riccio is hereby GRANTED. The Court appoints Kevin J. Fitzgerald, AFPD as standy-by counsel to the the defendant. The defendant shall file all pretrial motions with the Clerk's Office by the close of business on May 17, 2007. So Ordered by Judge Ernest C. Torres on May 10, 2007. (Leyva, Lucia) (Entered: 05/11/2007) |
| 05/11/2007 | | CORRECTIVE DOCKET ENTRY re: Motion Hearing. ERROR: Hearing date incorrectly listed as 5/11/07. CORRECTION: The correct date of 5/10/07 entered. (Leyva, Lucia) (Entered: 05/11/2007) |
| 05/16/2007 | 15 | MOTION to Continue Trial For At Least 30 Days WITH SUPPORTING |

Case 1:07-cv-00184 Document 17-2 Filed 09/19/2007 Page 5 of 9

| | | |
|---|---|---|
| | | MEMO by John L. Riccio. (Attachments: # 1 Exhibit A)(Leyva, Lucia) (Entered: 05/17/2007) |
| 05/16/2007 | 16 | MOTION to Dismiss for Lack of Subject Matter Jurisdiction WITH SUPPORTING MEMO by John L. Riccio. (Attachments: # 1 Exhibit A # (2) Exhibit B: Pages 1-23 #(3) Exhibit B: Pages 24-39 #(4) Exhibit B: Pages 40-54 #(5) Exhibit B: Pages 55-76 #(6) Exhibit C)(Leyva, Lucia) (Entered: 05/17/2007) |
| 05/16/2007 | 17 | AFFIDAVIT re Unlawful Arrest and False Imprisonment by John L. Riccio (Attachments: # 1 Exhibit A)(Leyva, Lucia) (Entered: 05/17/2007) |
| 05/16/2007 | 18 | MOTION to Claim and Exercise Constitutional Rights and Require the Presiding Judge to Rule Upon This Motion and All Public Officers of this Court to Uphold Said Rights WITH SUPPORTING MEMO by John L. Riccio. (Leyva, Lucia) (Entered: 05/17/2007) |
| 05/16/2007 | 19 | MOTION for Citizen's Demand for Trial by Jury by John L. Riccio. (Leyva, Lucia) (Entered: 05/17/2007) |
| 05/16/2007 | 20 | MOTION to Demand This Court Read All Pleadings Defendant Files and Adhere Only to Constitutionally Complaint Law and Case Law and More Particularly, The Bill of Rights in its Ruiling by John L. Riccio. (Leyva, Lucia) (Entered: 05/17/2007) |
| 05/16/2007 | 21 | Judicial Notice by John L. Riccio. (Leyva, Lucia) (Entered: 05/17/2007) |
| 05/17/2007 | | Motions Forwarded to Chambers: 19 MOTION for Citizen's Demand for Trial by Jury, 18 MOTION to Claim and Exercise Constiutional Rights and Require the Presiding Judge to Rule Upon This Motion and All Public Officers of this Court to Uphold Said Rights, 16 MOTION to Dismiss for Lack of Jurisdiction, 20 MOTION to Demand This Court Read All Pleadings Defendant Files and Adhere Only to Constitutionally Complaint Law and Case Law and More Particularly, The Bill of Rights, 15 MOTION to Continue (Jackson, Ryan) (Entered: 05/18/2007) |
| 05/18/2007 | 22 | ORDER denying 15 Motion to Continue as to John L. Riccio (1); denying 16 Motion to Dismiss for Lack of Jurisdiction as to John L. Riccio (1). So Ordered by Judge Ernest C. Torres on 7/18/07. (Jackson, Ryan) (Entered: 05/18/2007) |
| 05/18/2007 | 23 | RESPONSE to Motion by USA as to John L. Riccio re 18 MOTION to Claim and Exercise Constiutional Rights and Require the Presiding Judge to Rule Upon This Motion and All Public Officers of this Court to Uphold Said Rights (Chafee, Zechariah) (Entered: 05/18/2007) |
| 05/18/2007 | 24 | RESPONSE to Motion by USA as to John L. Riccio re 19 MOTION for Citizen's Demand for Trial by Jury (Chafee, Zechariah) (Entered: 05/18/2007) |
| 05/18/2007 | 25 | RESPONSE to Motion by USA as to John L. Riccio re 20 MOTION to Demand This Court Read All Pleadings Defendant Files and Adhere Only to Constitutionally Complaint Law and Case Law and More Particularly, The Bill of Rights (Chafee, Zechariah) (Entered: |

| | | |
|---|---|---|
| | | 05/18/2007) |
| 05/21/2007 | 26 | PRETRIAL MEMORANDUM by USA as to John L. Riccio (Chafee, Zechariah) (Entered: 05/21/2007) |
| 05/21/2007 | 27 | PRETRIAL MEMORANDUM *AMENDED* by USA as to John L. Riccio (Chafee, Zechariah) (Entered: 05/21/2007) |
| 05/22/2007 | 28 | INCOMPLETE ATTACHMENT - DOCUMENT STRICKEN; TO BE REFILED BY COUNSEL Proposed Jury Instructions by USA as to John L. Riccio (Chafee, Zechariah) Modified on 5/22/2007 (Jackson, Ryan). (Entered: 05/22/2007) |
| 05/22/2007 | | CORRECTIVE DOCKET ENTRY re: 28 Proposed Jury Instructions; *ERROR:* Attached document is incomplete; *CORRECTION:* To be re-filed by Counsel (Jackson, Ryan) (Entered: 05/22/2007) |
| 05/22/2007 | 29 | Amended Proposed Jury Instructions by USA as to John L. Riccio (Chafee, Zechariah) (Entered: 05/22/2007) |
| 05/22/2007 | | Minute Entry for proceedings held before Judge William E Smith :Jury Selection as to John L. Riccio held on 5/22/2007. Zechariah Chafee for Government. John L. Riccio (pro-se) and Kevin Fitzgerald as stand-by counsel for Defendant. Court addresses the Attorney's/Defendant. Jurors present. Court Addresses the Jurors. 28 Jurors called. Court Vior Dire the Jurors. Twelve (12) Jurors selected, two(2) alternate Jurors selected. Attorney's satisfied with the Jury. (Court Reporter Anne Clayton in Courtroom 2 at 10:00am.) (Geile, Wendy) (Entered: 05/24/2007) |
| 05/22/2007 | | Minute Entry for proceedings held before Judge William E Smith :Voir Dire held on 5/22/2007 as to John L. Riccio. Zechariah Chafee for Government. John L. Riccio (pro-se) and Kevin Fitzgerald as stand-by counsel for Defendant. Court Addresses the Jurors. 28 Jurors called. Court Vior Dire the Jurors. (Court Reporter Anne Clayton in Courtroom 2 at 10.00.) (Geile, Wendy) (Entered: 05/24/2007) |
| 05/23/2007 | 30 | PEITITION for Claiming and Exercising God-Given Rights Secured by the Constitution and Requiring the Presiding Judge for Ruling Upon This Petition with Supporting Memorandum by John L. Riccio. (Jackson, Ryan) (Entered: 05/23/2007) |
| 05/23/2007 | 31 | AFFIDAVIT by John L. Riccio in support of 30 MOTION for Claiming and Exercising God-Given Rights Secured by the Constitution and Requiring the Presiding Judge for Ruling Upon This Petition filed by John L. Riccio (Jackson, Ryan) (Entered: 05/23/2007) |
| 05/23/2007 | 32 | PETITION for Demanding for the Court for Reading All Pleadings with Supporting Memorandum by John L. Riccio. (Jackson, Ryan) (Entered: 05/23/2007) |
| 05/23/2007 | 33 | AFFIDAVIT by John L. Riccio in support of 32 MOTION for Demanding for the Court for Reading All Pleadings filed by John L. Riccio (Jackson, Ryan) (Entered: 05/23/2007) |
| | | |

| | | |
|---|---|---|
| 05/23/2007 | | Minute Entry for proceedings held before Judge Ernest C. Torres :Jury Trial (Day 1) as to John L. Riccio held on 5/23/2007. Government: Zechariah Chafee, AUSA; Defendant: John L. Riccio, pro se. Pretrial and discovery issues addressed by the Court. Court reviews trial procedure. Jury-In. Court questions Jury. Jury sworn. Opening statement government. Opening statement defendant. W-1, Sheree Hebert, sworn and questioned. W-2, Deborah Cheetham, sworn and questioned. W-3, Vivian Dogan, sworn and questioned. W-4, Stephen Stone, sworn and questioned. W-5, William Brent Garrett, sworn and questioned. W-6, William David, sworn and questioned. 8 exhibits entered full. 5 for ID only. (Court Reporter Debra D. Lajoie in Courtroom 3 at 9:39 a.m.) (Leyva, Lucia) (Entered: 05/24/2007) |
| 05/24/2007 | | Motions Forwarded to Chambers: 32 MOTION for Demanding for the Court for Reading All Pleadings, 30 MOTION for Claiming and Exercising God-Given Rights Secured by the Constitution and Requiring the Presiding Judge for Ruling Upon This Petition (Jackson, Ryan) (Entered: 05/24/2007) |
| 05/24/2007 | | Minute Entry for proceedings held before Judge Ernest C. Torres :Jury Trial (Day 2) as to John L. Riccio held on 5/24/2007. Government: Zechariah Chafee, AUSA; Defendant: John L. Riccio, pro se. Parties present. CRX of W-6, William Davis, continues by defendant. RDX government. Government rests. Jury-Out. Defendant makes oral motion for judgment of acquittal. Argument heard. Court denies motion for judgment of acquittal. Jury present. W-4, Stephen Stone, recalled and questioned. W-6, William David, recalled and questioned. W-5, William Brent Garrett recalled and questioned. W-7, Keith P. Long, sworn and questioned. Defendant rests. Jury excused. Charge conference held. 6 exhibits entered full. 1 for ID only. (Court Reporter Debra D. Lajoie in Courtroom 3 at 10:00 a.m.) (Leyva, Lucia) (Entered: 05/24/2007) |
| 05/24/2007 | | ORAL MOTION for Judgment of Acquittal by John L. Riccio. (Leyva, Lucia) (Entered: 05/24/2007) |
| 05/24/2007 | | ORAL ORDER of Judge Ernest C. Torres on May 24, 2007 as to John L. Riccio DENYING Motion for Judgment of Acquittal by John L. Riccio. (Leyva, Lucia) (Entered: 05/24/2007) |
| 05/24/2007 | | TEXT ORDER. For reasons stated in open court on May 24, 2007 the Oral Motion for Judgment of Acquittal as to John L. Riccio made by John L. Riccio is hereby denied. So Ordered by Judge Ernest C. Torres on May 24, 2007. (Leyva, Lucia) (Entered: 05/24/2007) |
| 05/25/2007 | | Minute Entry for proceedings held before Judge Ernest C. Torres :Jury Trial (Day 3) as to John L. Riccio held on 5/25/2007. Government: Zechariah Chafee, AUSA; Defendant: John L. Riccio, pro se. Jury-In. Court addresses Jury. Closing argument government. Closing argument defendant. Rebuttal government. Court charges Jury. Jury excused for deliberations. Jury-In. Verdict of Guilty as to Count 1 returned by the Jury. Sentencing set for Tuesday, August, 28, 2007 at 9:15 a.m. Court allows defendant to remain on the same bail as previously set. (Court |

| | | |
|---|---|---|
| | | Reporter Debra D. Lajoie in Courtroom 3 at 9:06 a.m.) (Leyva, Lucia) (Entered: 05/25/2007) |
| 05/25/2007 | 34 | JURY VERDICT as to John L. Riccio (1). Guilty on Count 1. (Leyva, Lucia) (Entered: 05/25/2007) |
| 05/25/2007 | | NOTICE OF HEARING - DEFENDANT'S PRESENCE REQUESTED as to John L. Riccio. Sentencing set for Tuesday, August 28, 2007 at 9:15 AM in Courtroom 3 before Judge Ernest C. Torres. (Leyva, Lucia) (Entered: 05/25/2007) |
| 05/25/2007 | 35 | EXHIBIT AND WINTESS LIST as to John L. Riccio Jury Trial held 5/23/07-5/25/07 before Judge Ernest C. Torres. (Leyva, Lucia) (Entered: 05/25/2007) |
| 06/12/2007 | 36 | ERROR. DOCUMENT IS NOT SIGNED. DOCUMENT TO BE REFILED. TRANSCRIPT REQUEST by USA for proceedings held on 5/23/07 and 5/25/07 before Judge Ernest C. Torres. (Chafee, Zechariah) Modified on 6/12/2007 - Document is not signed. Document to be refiled (Leyva, Lucia). (Entered: 06/12/2007) |
| 06/12/2007 | | CORRECTIVE DOCKET ENTRY re: 36 Transcript Request. ERROR: Document is not signed. CORRECTION: Document to be refiled. (Leyva, Lucia) (Entered: 06/12/2007) |
| 06/13/2007 | 37 | TRANSCRIPT REQUEST by USA for proceedings held on 05/23/07 and 5/25/07 before Judge Ernest C. Torres. (Chafee, Zechariah) (Entered: 06/13/2007) |
| 06/25/2007 | 38 | TRANSCRIPT of Jury Trial Excerpt (Defendant's Opening Statement and Closing Argument) as to John L. Riccio held on 5/23/07; 5/25/07 before Judge Ernest C. Torres. Court Reporter: Debra LaJoie. (Jackson, Ryan) (Entered: 06/29/2007) |
| 07/02/2007 | 39 | MOTION to Travel by John L. Riccio. (Leyva, Lucia) (Entered: 07/03/2007) |
| 07/05/2007 | | TEXT ORDER granting 39 Motion to Travel as to John L. Riccio. The defendant shall report to the U.S. Probation Office during the travel period and upon his return as directed. So Ordered by Judge Ernest C. Torres on July 5, 2007. (Leyva, Lucia) (Entered: 07/05/2007) |
| 08/15/2007 | 40 | MOTION to Continue *Sentencing* With Supporting Memorandum by John L. Riccio. (Fitzgerald, Kevin) (Entered: 08/15/2007) |
| 08/21/2007 | | Motions Forwarded to Chambers: 40 MOTION to Continue *Sentencing* (Jackson, Ryan) (Entered: 08/21/2007) |
| 08/22/2007 | | TEXT ORDER granting 40 Motion to Continue as to John L. Riccio (1); Notice of new Sentencing Date will be forwarded to all counsel of record. So Ordered by Judge Ernest C. Torres on 8/22/07. (Jackson, Ryan) (Entered: 08/22/2007) |
| 08/23/2007 | | NOTICE OF HEARING DEFENDANT REQUEST as to John L. Riccio: |

| | | |
|---|---|---|
| | | Sentencing ***re-scheduled for 10/2/2007 at 9:15 AM*** in Courtroom 3 before Judge Ernest C. Torres. (Jackson, Ryan) (Entered: 08/23/2007) |
| 09/13/2007 | 41 | MOTION to Continue *Government's Motion For A Short Continuance of Sentencing* With Supporting Memo by USA as to John L. Riccio. (Chafee, Zechariah) (Entered: 09/13/2007) |
| 09/14/2007 | | Motions Forwarded to Chambers: 41 MOTION to Continue (*Government's Motion For A Short Continuance of Sentencing*) (Jackson, Ryan) (Entered: 09/14/2007) |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/17/2007 12:18:20 | | | |
| **PACER Login:** | du6431 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:07-cr-00012-T-DLM |
| **Billable Pages:** | 5 | **Cost:** | 0.40 |