John L. Riccio
122 King Philip Drive
North Kingstown, RI 02852
Tel: (401) 884-3032

American National

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | ( Criminal Case No: 07-012T |
| | ( |
| Plaintiff | ( ESTOPPEL OF TRIAL FOR AT LEAST 30 |
| | ( DAYS DUE TO FRAUD, DURESS, GRAND |
| vs. | ( JURY, SUBPOENA OF WITNESSES, OR |
| | ( 42 U.S.C. SEC. 1983 WILL BE VIOLATED & |
| JOHN RICCIO | ( THE JUDGE CAN BE HELD PERSONALLY |
| | ( LIABLE FOR VIOLATION OF |
| Defendant | ( DEFENDANT'S CONSTITUTIONAL RIGHT |
| | ( OF DUE PROCESS |
| | ( Hearing: |
| | ( Time: |
| | ( Judge: |

**COMES NOW** Defendant "John Riccio", and moves the Court, without accepting the Jurisdiction of the Court, pursuant to Oaths Sworn by the Presiding Judge and the attending Public Officers:

1. To Present Defendant "John Riccio's" Estoppel Of Trial For At Least 30 Days Due To Fraud, Duress, Grand Jury, Subpoena of Witnesses, or 42 U.S.C. Sec. 1983 Will Be Violated & the Judge Can Be Held Personally Liable For Violation of Defendant's Constitution Right of Due Process.

2. To acknowledge 18 U.S.C. 241, 264 Covers Violations of Individual Conspiracy to Violate 42 U.S.C. 1983 "Under the Color of Law."



Exhibit B

3. To acknowledge the Defendant's Constitutional Right Under U.S. Constitution Article 3 Sec. 2 Clause 1 and Demand Protection Under U.S. Constitution Article 3 Sec. 2 Clause 2 to have a Copy of the Grand Jury Transcript as it Applies to the Defendant and the Right to Subpoena Members of the Grand Jury to determine if the Members of the Grand Jury Met the Requirements For a Legal and Qualified Grand Jury. For Example: A. There MUST Be 12 Members at All Times to the Grand Jury unless the Defendant Consents to a Smaller Number. The Defendant NEVER Consented to a Petite Grand Jury of 6 or 9 Members. B. If any Member of the Grand Jury worked for the U.S. Government, there is a Conflict of Interest and it INVALIDATES THE GRAND JURY INDICTMENT. C. The Defendant can ask questions of the Grand Jury Members about Transcript Evidence Relating to the Defendant. Without an Opportunity to Address the Defendant's Accusers, the Defendant's Constitutional Right of Due Process Will Be Violated. D. The Defendant also has a Legal Right to a Copy of the "Concurrence Form." E. The Defendant was never asked if he would like to Testify Before the Grand Jury to give his side of the Story so the Grand Jury would have All The Facts and not just a Slanted, Biased Version of the Facts. **Take Judicial Notice: The Defendant was told it normally takes At Least 30 Days to Order & Receive a Grand Jury Transcript. It also takes time to Prepare, File, & Serve the Required Grand Jury Subpoenas after the Names of the Grand Jury Members is received by the Defendant. Other Witnesses also need to be Subpoenaed.**

4. To acknowledge that the Defendant has Absolute, Irrefutable Evidence of Unlawful Arrest & False Imprisonment. (See Motion To Dismiss) The Defendant has an Expert Witness in the form of a 76 Page Booklet with the Facts in the Instant Case to

Case 1:07-cr-00012-T-DLM Document 15-1 Filed 05/16/2007 Page 3 of 7

Prove that the Defendant was Subject to Unlawful Arrest and False Imprisonment. The Defendant has a Constitutional Right to have Enough Time To Properly Prepare for a Trial with the number of Complex Issues such as Unlawful Arrest and False Imprisonment. The Judge has No Authority or Jurisdiction to "Rush To Judgment" Prejudicially Violating the Defendant's Constitutional Right of Due Process. Unlawful Arrest Evidence Alone Invalidates the Indictment and Any Trial according to numerous Appellate Court Cases. **The Defendant has this and other Evidence proving Fraud Upon The Court By the U.S. Prosecutor and the Public Defender. This Fraud Upon the Court Violated the Defendant's Constitutional Right of Due Process and Violated 42 U.S.C. Sec. 1983.**

5. To acknowledge the Duress the Defendant has had to endure by knowing he was Falsely Accused and was given a Totally Incompetent Public Defender who did nothing to Defend Him. The Defendant had a Constitutional Right to Remove His Incompetent Public Defender and to have a Competent Public Defender Assigned To Him as a Stand-By to Assist Public Defender. **The Defendant cannot Legally Be Required to Accept a Totally Incompetent Public Defender Who Refused to File Any Motions or to Defend Him In Any Way other than to almost demand that the Defendant Admit He Was Guilty. The Public Defender Admitted to the Defendant that he had NEVER Won a Case and that it was his job to work for the U.S. Prosecutor. THIS IS A CLEAR VIOLATION OF THE PUBLIC DEFENDER'S OATH OF OFFICE TO SUPPORT AND DEFEND THE U.S. COSTITUTION AS WELL AS VIOLATING THE DEFENDANT'S CONSTITUTIONAL RIGHT OF DUE PROCESS. The Defendant has a Constitutional Right to have both a**

**Competent Public Defender to Assist Him and Adequate Time to Prepare For Trial. Without Both, the Judge will be Guilty of Violating the Defendant's Constitutional Right of Due Process, 42 U.S.C. Sec. 1983, and can be held "Personally"Liable.**

6. Both the U.S. Prosecutor and the Public Defender are Guilty of Negligence and Incompetence. The Defendant cannot be held Legally Liable for their Negligence and Incompetence. The following is absolute Proof of their Negligence and Incompetence towards the Defendant. A Court does not have Jurisdiction over a Criminal Case unless the Defendant first has been Served a Warrant unless it is a Serious Felony Offense or the Defendant is a Flight Risk. Neither condition apply to John Riccio. Article IV of the Bill of Rights demands that "No Warrant shall issue, but upon probable cause, supported by Oath or affirmation." The Warrant MUST Be in the Possession of the Arresting Officer or it Invalidates the Arrest Warrant. (See Motion To Dismiss) The Arrest Warrant has No Authority or Jurisdiction unless it is Signed by both a Judge and an Arresting Officer. None of these conditions took place with John Riccio. Even if an Indictment can be substituted for a Warrant contrary to the U.S. Constitution, it was not Signed By a Judge. The U.S. Attorney is not a Judge, so it cannot be a Valid Court Order. It is Fraud Upon the Court to Deceive the Defendant. The U.S. Attorney knew he was Violating the Defendant's Constitutional Right of Due Process. The U.S. Prosecutor has a Duty and Obligation to present to the Defendant/Public Defender copies of All Evidence and All Witnesses to be used against him after they are Demanded and No Later than 30 Days before Trial or **he cannot use them at Trial. The Defendant demanded from the Public Defender several times of his Legal Right To See All of the Evidence to be used against him from the U.S. Prosecutor. The Public Defender**

**said that the Prosecutor was very busy and did not have time. The Public Defender NEVER Demanded All of the Evidence and List of Witnesses from the U.S. Prosecutor as he had a Duty and Obligation to do representing the Defendant. The Public Defender's response was that he had All of the Evidence he needed. This Response is Prima Facie Evidence of Negligence and Incompetence. Without a lengthy continuance, none of the Evidence and Witnesses withheld from the Defendant can be used at Trial or the Defendant's Constitutional Right of Due Process Will Be Violated. Since Jan. 29, 2007, the Public Defender has not Filed One Motion nor did he plan to File One Motion. This is Absolute Proof of Negligence and Incompetence. The Public Defender was responsible for Representing John Riccio and responding to Court Orders and Procedures while he Represented John Riccio. John Riccio cannot be held Liable or Responsible For Any Lack of Action when he had No Legal Authority To Act. It is the Judge's Responsibility to Appoint a Competent Stand-By Attorney for John Riccio.**

**The May 3, 2007 PRETRIAL ORDER Is Void and Unenforceable because it was not Signed By Judge Ernest C. Torres. A Court Order MUST Be Signed to be Valid and Enforceable. There is No Contract Without a Valid Signature. Because Defendant John Riccio was not given Legal Authority to Represent Himself until May 10/11, 2007, this Court Order is showing Bias Against the Defendant because of the Extreme Time Restraints, thus severely limiting his Constitutional Right to Prepare a Proper Defense.**

7. The Defendant has had Limited Contact with Judge Ernest Torres, but he appears to be Biased and Prejudiced against those who are Pro Se Litigants. This

Violates the Defendant's Constitutional Rights and Specific Rulings from the U.S. Supreme Court. Haines v. Kerner, 404 U.S. 519-4-21. "In Re Haines: pro se litigants are held to less stringent pleading standards than bar licensed attorneys. Regardless of the deficiencies in their pleadings, pro se litigants are entitled to the opportunity to submit Evidence in Support of their Claims." Platsky v. C.I.A. 953 F.2d. 25. "In re Platsky: court errs if court dismisses the pro se litigant without instruction of how pleadings are deficient and how to repair pleadings." Anastasoff v. United States, 223 F.3d 898 (8th Cir. 2000) "In re Anastasoff: litigants' Constitutional Rights are violated when Courts depart from precedent where parties are similarly situated."

If this Estoppel of the Trial Is Not Granted, it will be Prima Facie Evidence of Bias and Prejudice against the Defendant. The U.S. Supreme Court has repeatedly Ruled that a Judge is Disqualified if there is even a Hint of Bias or Prejudice and a Motion does not have to be Filed by the Defendant. The Judge has a Duty and Obligation to Disqualify Himself. (See Exhibit A, Disqualification of Judges) As you will see on Page 3 "Crimes Against the U.S. Government", the U.S. Supreme Court has ruled that when a Judge Acts Without Jurisdiction, he is Guilty of TREASON. (See Exhibit U.S. v. Will & Cohens v. Virginia on Page 3)

**TAKE JUDICIAL NOTICE: The Defendant Demands that this Motion Be Granted, as is his "Constitutional Right" Under U.S. Constitution Article 3 Sec. 2 Clause 1 & "Demand Protection" Under U.S. Constitution Article 3 Sec. 2 Clause 2 or the Judge will be Guilty of Violating 18 U.S.C. Sec. 241, 242 ~~261, 264~~ Violation of the Individual Conspiracy to Violations of 42 U.S.C. Sec. 1983 "Under the Color of Law" and can be held "Personally Liable" for Violating the Defendant's Constitutional Rights under the Statutes Cited in this Paragraph.**

Respectfully submitted

All Rights Reserved

John Riccio, American Citizen

## CERTIFICATE OF SERVICE

**I certify** that on this 17 day of May 2007 a true and correct copy of the foregoing Estoppel of Trial was mailed to:

Zechariah Chafee
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

John Riccio