John L. Riccio
122 King Philip Drive
North Kingstown, RI 02852
Tel: (401) 884-3032

American National

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | ( Criminal Case No: 07-012T |
| Plaintiff | ( |
| vs. | ( |
| JOHN RICCIO | ( Hearing: |
| | ( Time: |
| Defendant | ( Judge: |

**MOTION TO CLAIM AND EXERCISE CONSTITUTIONAL RIGHTS AND REQUIRE THE PRESIDING JUDGE TO RULE UPON THIS MOTION, and ALL PUBLIC OFFICERS OF THIS COURT TO UPHOLD SAID RIGHTS**

**COMES NOW** Defendant "John Riccio", and moves the court, without accepting the jurisdiction of the court, pursuant to oaths sworn by the presiding judge and the attending public officers:

**1. To acknowledge and act in accordance with a United States Federal Court ruling, to wit: "The claim and exercise of a Constitutional Right cannot be converted into a crime." Miller v. U.S. 230 F2d. 286, 489; "There can be No Sanctions or Penalty Imposed upon one because of his Exercise of Constitutional Rights." Sherar vs. Cullen 481 F2d. 946, (1973);**

**2. To Honor, Uphold, and Abide by the Oaths taken by the Presiding Judge and Attending Court Officers, pursuant to the Constitution of the United States of America, Article VI, Clauses 2 & 3, and the Constitution of the State of Rhode Island relating to Unalienable Rights, Without Due Process, Habeas Corpus May Not Be Suspended, Warrant MUST Have Probable Cause Supported By Oath, Trial**



Exhibit D

**By Jury shall be secured by all, Safeguards in the Criminal Justice System to Fully Protect Those Rights, and the Right of Due Process of Law and to a Speedy Trial in this matter;**

3. To provide Due Process of Law, pursuant to the First, Fourth, Fifth, Sixth, Seventh, Ninth, and Fourteenth **Amendments of the Constitution of the United States of America, and pursuant of the Constitution of the State of Rhode Island and particularly those listed under #2 above, and as required by the aforementioned Oaths taken by the Presiding Judge and attending Court Officers, in this matter;**

4. To provide Equal Protection under the Law, as required by the National and State Constitutions and pursuant to the referenced Oaths;

5. To respect, protect and uphold the Rights of "John Riccio", an American Citizen, in this matter, which Rights are Guaranteed in the National and State Constitutions, pursuant to referenced Oaths;

6. **To acknowledge and uphold the Constitution of the United States of America as the Supreme Law of this Court, in this matter, pursuant to the mandate in Article 1 and those in the Constitution of the State of Rhode Island that the National Constitution is the Supreme Law of the Land.**

7. To acknowledge and so rule that Any Court and/or Judge which denies a Citizen to present Evidence in any Hearing or Trial in total support of his position, which evidence had previously been sent to Plaintiff and is nonrebutted by Plaintiff and Counsel, is Perjury of Oath and Denial of Due Process of Law. Since neither Plaintiff nor Counsel Rebutted this Evidence, then there is No Dispute, and since there is No Dispute, there is No Controversy, Charges Must Be Dismissed;

8. **To acknowledge and so rule that this Court and no other Court and no Judge in Rhode Island has Jurisdiction over or can issue a Court Order against an American Citizen if that Court and/or Judge: (a) do not provide Due Process of**

**Law, (b) do not provide Equal Protection under the Law, (c) do not respect and uphold the Constitutional Rights of American Citizens, and in the instant action, the Rights of "John Riccio", an American Citizen, pursuant to the Rights Guaranteed in the Constitutions of the United States of America and the State of Rhode Island; (d) act with sufficient force so as to deny the powers of the National and State Constitutions.**

**Wherefore Defendant "John Riccio" respectfully moves this Court to Grant This Motion for the aforesaid reasons.**

**TAKE JUDICIAL NOTICE: The Defendant Demands that this Motion Be Granted, as is his "Constitutional Right" Under U.S. Constitution Article 3 Sec. 2 Clause 1 & "Demand Protection" Under U.S. Constitution Article 3 Sec. 2 Clause 2 or the Judge will be Guilty of Violating 18 U.S.C. Sec. 241, 242 [illegible] Violations of the Individual Conspiracy to Violations of 42 U.S.C. Sec. 1983 "Under the Color of Law" and can be held "Personally Liable" for Violating the Defendant's Constitutional Rights under the Statutes Cited in this Paragraph.**

Respectfully submitted

All Rights Reserved

John Riccio, American Citizen

**CERTIFICATE OF SERVICE**

**I certify** that on this 17 day of May 2007 a true and correct copy of the foregoing Motion was mailed to:

Zechariah Chafee
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

John Riccio