John L. Riccio
122 King Philip Drive
North Kingstown, RI 02852
Tel: (401) 884-3032

American National

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED SATES OF AMERICA | ( Criminal Case No. 07-012T |
| Plaintiff | ( |
| vs. | ( |
| JOHN RICCIO | ( Hearing: |
| | ( Time: . |
| Defendant | ( Judge: |

**MOTION TO DEMAND THIS COURT READ ALL PLEADINGS DEFENDANT FILES WITH THIS COURT, AND ADHERE ONLY TO CONSTITUTIONALLY COMPLAINT LAW AND CASE LAW, AND MORE PARTICULARLY, THE BILL OF RIGHTS, IN ITS RULINGS**

**COMES NOW** Defendant "John Riccio", and moves this Honorable Court, pursuant to the Oaths Sworn by the Presiding Judge and attending Public Officers, and their duties to the National Constitution, in any and all proceedings before this Honorable Court in this matter:

1. To read, consider, comprehend and rule upon All Motions and Pleadings John Riccio files with this Court, with Court Rulings based only in and supported by Laws, Statutes and Case Law in Agreement with, and not in opposition or contradiction to, the National Constitution, specifically the Bill of Rights;



Exhibit E

Constitution, for the aforesaid reason, to Honor and Uphold his Constitutional Rights during All Judicial Proceedings, to reading John Riccio's Pleadings and Rule based Only in Law and Case Law Compliant With, and not in Opposition or Contradictory to, the U. S. Constitution.

**TAKE JUDICIAL NOTICE: The Defendant Demands that this Motion Be Granted, as is his "Constitutional Right" Under U.S. Constitution Article 3 Sec. 2 Clause 1 & "Demand Protection" Under U.S. Constitution Article 3 Sec. 2 Clause 2 or the Judge will be Guilty of Violating 18 U.S.C. Sec. 241, ~~261, 264~~ 242 & Violations of the Individual Conspiracy to Violations of 42 U.S.C. Sec. 1983 "Under the Color of Law" and can be held "Personally Liable" for Violating the Defendant's Constitutional Rights under 42 U.S.C. Sec. 1983.**

Respectfully submitted

All Rights Reserved

John Riccio, American Citizen

**CERTIFICATE OF SERVICE**

**I certify** that on this 17 day of May 2007 a true and correct copy of the foregoing Motion was mailed to:

Zechariah Chafee
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

John Riccio