John L. Riccio
122 King Philip Drive
North Kingstown, RI 02852
Tel: (401) 884-3032

American National

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | ( Criminal Case No. 07-012T |
| Plaintiff | ( |
| vs. | ( |
| JOHN RICCIO | ( Hearing: |
| | ( Time: |
| Defendant | ( Judge: |

# JUDICIAL NOTICE

**COMES NOW** John Riccio, American Citizen Victim of Fraud, sui juris, Defendant, non-licensed attorney litigant, the undersigned, and now give Notice to the Court; NOTICED the Court is now a Judicial, and not an Administrative, proceeding, and FURTHER NOTICED said Defendant is a Citizen, one who retains full Constitutional Rights including the Constitutional Right to be Judged By "Common Law" that is part of the U.S. Constitution whereby the U.S. Prosecutor MUST Present Legal Evidence of Someone Being Damaged, have a Competent Witness of Someone Being Damaged, and enjoys the benefits thereof, and

FURTHER NOTICED, FAIR WARNING, NOT AS A THREAT, NOTICE pursuant to



Exhibit F

United States v. Lanier on certiorari No. 95-1717, is hereby given each member of the prosecuting party.

**TAKE JUDICIAL NOTICE: The Defendant Demands that this Motion Be Granted, as is his "Constitutional Right" Under U.S. Constitution Article 3 Sec. 2 Clause 1 & "Demand Protection" Under U.S. Constitution Article 3 Sec. 2 Clause 2 or the Judge will be Guilty of Violating 18 U.S.C. Sec. 241, 242 ~~261, 264~~ Violations of the Individual Conspiracy to Violations of 42 U.S.C. Sec. 1983 "Under the Color of Law" and can be held "Personally Liable" for Violating the Defendant's Constitutional Rights under 42 U.S.C. Sec. 1983.**

Respectfully submitted

John Riccio, American National

## CERTIFICATE OF SERVICE

**I certify** that a true and correct copy of the foregoing Motion was mailed on this 17 day of May 2007.

Zechariah Chafee
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

John Riccio