UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

John L. Riccio

v. Case No. 07-cv-184-SM

Ernest C. Torres, et al.

ORDER

In accordance with 28 U.S.C. § 1915(e)(2), Magistrate Judge James R. Muirhead, is designated to conduct a preliminary review of the complaint submitted by John L. Riccio and, if necessary, conduct any hearing that may be set.

The Magistrate Judge shall file his proposed findings and recommendations with the Court, and a copy shall forthwith be mailed to all parties.

SO ORDERED.

September 12, 2007

Steven J. McAuliffe
Chief Judge

cc: John L. Riccio, pro se
Dulce Donovan, AUSA