UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

John L. Riccio

v. C.A. No. 07-cv-184T

Ernest C. Torres, et al.

## ORDER

Pursuant to the provisions of Rhode Island LR Gen 106, the above-captioned case has been referred to the District of New Hampshire for consideration by a New Hampshire judicial officer, sitting by designation, due to the recusal of the Rhode Island judges. Jurisdiction of the case remains with the Rhode Island District Court.

All original pleadings, motions, memos, and filings will continue to be filed electronically with the Clerk in Rhode Island in accordance with that district's Administrative Procedures for Electronic Case Filing. Absent a court order to the contrary, no courtesy filings need to be filed in the District of New Hampshire. The provisions of Rhode Island LR Gen 106(b), which require conventional filing of all pleadings in both judicial districts, shall have no force and effect in this case.

So Ordered.

September 21, 2007

Mary M. Lisi
Mary M. Lisi
United States District Judge

cc: John L. Riccio, pro se
Dulce Donovan, ASA