John Leonard: Riccio
122 King Phillip Drive
North Kingstown, RI 02852
Tel: (401) 884-3032

American National
Unlicensed Litigant

FILED
OCT 11 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| John Leonard: Riccio<br>Plaintiff<br><br>vs.<br><br>Ernest C. Torres<br>Robert C. Corrente, U.S. Atty..<br>Zechariah Chaffee, Assist. U.S. Atty.<br><br>Defendants | ( C.A. NO. 07-184T<br>(<br>( PLAINTIFF DEMANDS THE CASE<br>( BE HEARD BY A JUDGE ONLY AND<br>( NOT BY A MAGISTRATE JUDGE AS<br>( IS HIS LEGAL RIGHT. PLAINTIFF<br>( ALSO DEMANDS THAT CASE BE<br>( TRANSFERRED TO THE STATE OF<br>( MASS. DUE TO EXTREME<br>( INCONVENIENCE AND HARDSHIP<br>(<br>( |

The Plaintiff comes to this Court to present Plaintiff Demands the Case Be Heard By a Judge Only and Not By a Magistrate Judge As Is His Legal Right. Plaintiff Also Demands that Case Be Transferred To The State of Mass. Due To the Extreme Inconvenience and Hardship or a Federal Judge from another district should be brought to Rhode Island to hear the case. Legally John Riccio Cannot Be Forced To Accept a Magistrate Judge. The Plaintiff has never agreed to a Magistrate Judge nor has he been asked to accept a Magistrate Judge. (FRCP #73) nor has he been told in any manner by New Hampshire District Court that they have agreed to such terms.(28 USC636 (a) (b) (c) (f)) Under No Circumstances will John Leonard:Riccio agree to be Judged in the Instant Case by a Magistrate Judge. Any such Ruling would be both Unlawful and Void,

but it would also be a Clear Violation of the Plaintiff's Constitutional Right of Due Process and Civil Rights.

John Leonard: Riccio lives in Rhode Island and not in New Hampshire. If the Case cannot be heard in Rhode Island, then the Plaintiff Demands that it be heard in the State of Mass. Travel time would then only be 45-60 minutes away and would keep the inconvenience to a reasonable and manageable level. Forcing the Plaintiff to travel to New Hampshire is Unnecessary, Unreasonable, Cruel & Unusual Punishment, and Unacceptable. Any Forced Court Order to go to Court In New Hampshire Would Violate the Plaintiff's Constitutional Rights & Civil Rights as well as his Sovereign Rights. The Judge would be Acting Outside His Official Capacity and would be held Personally Liable for Such Biased and Discrimination Court Order. Since all RI judges have recused themselves from hearing this action, they should not be permitted to retain final jurisdiction or have any thing to do with this action. The court is not providing me with original filings by the court and defendants even though I have addressed the matter.

Dated: Oct. 11, 2007

Respectfully submitted

John Leonard:Riccio, Atty. In Pro Per

**CERTIFICATE OF SERVICE**

**I certify** that on this 11th day of October, 2007 a true and correct copy of the foregoing Motion was mailed via first-class, postage prepaid, mail to:

Seth R. Aframe
Special Attorney, District of Rhode Island
U.S. Department of Justice
53 Pleasant Street, Fourth Floor
Concord, NH 03301-3904