John Leonard: Riccio
122 King Philip Drive
North Kingstown, RI 02852
Tel: (401) 884-3032

American National
Unlicensed Litigant

UNITED STATES DISTRICT COURT

| | |
|---|---|
| John Leonard Riccio | ( C.A. NO: 07-184T |
| | ( |
| Plaintiff | ( PLAINTIFF DEMANDS DEFAULT |
| | ( SUMMARY JUDGMENT DUE TO |
| vs. | (FAILURE TO ANSWER COMPLAINT |
| | ( WITHIN THE REQUIRED 20 DAYS |
| Judge Ernest C. Torres | ( OR ALTERNATIVE 60 DAYS UNDER |
| Robert Clark Corrente, US. Atty.. | ( F.R.C.P. |
| Zechariah Chaffee, Asst. U.S. Atty.. ( | |
| | ( |
| Defendants | ( |
| | ( |

The Plaintiff comes to this Court to present Plaintiff Demands Default Summary Judgment Due To Failure To Answer Complaint Within The Required 20 Days Or Alternative 60 Days Under F.R.C.P. (See Below) The Court is required to follow the Federal Rules of Civil Procedures or it will be showing Extreme Bias and Prejudice against the Plaintiff. This would make the Judge Guilty of Perjury of Oath, Acting Without Jurisdiction, and Guilty of TREASON, so sayeth the U.S. Supreme Court. (See Exhibit Crimes Against U.S. Govt. U.S. V. Will & Cohens v. Virginia)

## FACTS PROVING DEFENDANTS HAVE DEFAULTED

**The Plaintiff filed the Complaint on May 21, 2007. The Defendants had no more than 60 days to Answer the Complaint under the F.R.C.P. On the 60th Day**

**July 20, 2007, the Defendants Filed a Request For A 30 Day Continuance. This 30 Day Continuance Ended On Aug. 19, 2007. The Defendants finally filed their Answer on Sept. 18, 2007 long after the 60 Day Requirement had passed or Expired. This means the Defendants used up their 60 days on July 20, 2007. <u>This means the Defendants had to File by Aug. 19, 2007 or the Defendants were In Default. This means that on Sept. 18, 2007, the Defendants were in Default by 30 Days. This is No Inadvertent Error.</u>**

**FEDERAL RULES OF CIVIL PROCEDURE**

**F.R.C.P. 12(a)(1)(A) The Defendants were given only 20 Days to Answer if they are Sued Operating in their Private Capacity and not in their Judicial or Official Capacity. Anytime a Judge, Atty., or Govt. Employee Violates his Oath of Office to Support and Defend the U.S. Constitution and the Plaintiff's Sovereign and Constitutional Rights, he is Acting in his Personal Capacity and Not In His Official, Judicial, Atty., or Employee Capacity. This Lawsuit is 100% about the Defendants Acting Outside their Official, Judicial, Atty., or Employee Capacity. <u>As a result, F.R.C.P. 12(a)(1)(A) applies meaning the Defendants were in Default after June 10, 2007 and every day thereafter. Because the Defendants were Sued in their Personal Capacity, they are Personally Liable.</u>**

**F.R.C.P. 12(a)(3)(A) The Defendants are given only 60 Days to Answer if they are Sued Operating in their Official Capacity. Even using the Defendants' Misguided and False Belief that they were being Sued in their Official Capacity, the Defendants 60 Day Requirement Expired the Day After their 30 Day Continuance Expired on Aug. 19, 2007 leaving them 33 Days In Default when they finally Filed**

**Their Answer To The Complaint. Under both F.R.C.P. Statutes, the Defendants are knowingly, willingly In Default. As a result, the Plaintiff is entitled to this Demand For a Default Summary Judgment.**

**CONCLUSION: The Plaintiff has presented Irrefutable Evidence that the Defendants Knowingly, Willingly Defaulted according to the Federal Rules of Civil Procedure and the Facts Cited Above. As a result, this Court is either going to follow the Rule of Law and U.S. Constitution or it is not. If it does not obey the Rule of Law and U.S. Constitution, then the Plaintiff will then eliminate the Biased Judiciary System to obtain Justice. Congress passed a little known but very important Statute in the early 1950's Under Public Law Title 5 U.S.C. Sec. 551-559. This Statute allows for an Expressed Administrative Hearing that eliminates the Judiciary from the Process. Only Evidence that is "On the Public Record" is allowed to be used. The Opinions of Judges and Attorneys are not allowed as Evidence. This Statute Was Passed To Assure Justice For U.S. Citizens. If the Plaintiff cannot obtain Justice in this Court, he will File For An Expressed Administrative Hearing To Receive Justice and to hold the Offending Parties Personally Liable. Violating the Plaintiff's Sovereign "Act of State" that is Protected and Authenticated by the International Treaty of Oct. 15, 1981 that allows for Damages of $10 million per Defendant for Violating John Leonard:Riccio's "Act of State."**

**Dated: Oct. 11, 2007** **Respectfully submitted**

**John Leonard:Riccio, Atty. In Pro Per**

**CERTIFICATE OF SERVICE**

**I certify** that on this 11th day of October, 2007 a true and correct copy of the foregoing Motion was mailed via first-class, postage prepaid, mail to:

Seth R. Aframe
Special Attorney, District of Rhode Island
U.S. Department of Justice
53 Pleasant Street, Fourth Floor
Concord, NH 03301-3904