**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JOHN L. RICCIO,

Plaintiff,

v. Civil No. 07-184

ERNEST C. TORRES, U.S. DISTRICT JUDGE, ROBERT CLARK CORRENTE, UNITED STATES ATTORNEY, ZECHARIAH CHAFEE, ASSISTANT UNITED STATES ATTORNEY,

Defendants.

**OBJECTION TO PLAINTIFF'S MOTION THAT THE CASE BE HEARD BY A DISTRICT JUDGE AND NOT A MAGISTRATE JUDGE AND THAT THE CASE BE TRANSFERRED TO MASSACHUSETTS**

Pursuant to Local Rule 7(b), Defendants United States District Judge Ernest C. Torres, United States Attorney Robert Clark Corrente, and Assistant United States Attorney Zechariah Chafee oppose Plaintiff John L. Riccio's Motion that the Case be Heard by a District Judge and Not a Magistrate Judge and that the Case be Transferred to Massachusetts. Docket Number 21. The Court properly assigned this case to a magistrate judge for a report and recommendation pursuant to 28 U.S.C. § 636(b). Moreover, Plaintiff will not suffer any hardship by the assignment of this case to the District of New Hampshire because all filings and hearings in this case can occur in Rhode Island. See R.I. L.R. 106.

In support of this objection, Defendants refer the Court to the Memorandum of Law in Support of Defendants' Objection to Plaintiff's Motion that the Case be Heard by a District Judge and Not a Magistrate Judge and that the Case be Transferred to Massachusetts.

Therefore, Defendants request that the Court deny Plaintiff's Motion that the Case be Heard by a District Judge and Not a Magistrate Judge and that the Case be Transferred to Massachusetts.

Respectfully submitted,

THOMAS P. COLANTUONO
United States Attorney

/s/ Seth R. Aframe
By:
Seth R. Aframe
Mass. Bar No. 643288
Special Attorney, District of Rhode Island
U.S. Department of Justice
53 Pleasant Street, Fourth Floor
Concord, NH 03301-3904
(603) 225-1552
seth.aframe@usdoj.gov

October 26, 2007

CERTIFICATE OF SERVICE

I certify that on this 26th day of October, 2007, the foregoing Objection and accompanying Memorandum of Law was mailed via first-class, postage prepaid, mail to John L. Riccio, 122 King Phillip Drive, No. Kingstown, RI 02852, pro se plaintiff.

/s/ Seth R. Aframe
Seth R. Aframe, Special Attorney