**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JOHN L. RICCIO,<br><br>Plaintiff,<br><br>v.<br><br>ERNEST C. TORRES, U.S. DISTRICT JUDGE, ROBERT CLARK CORRENTE, UNITED STATES ATTORNEY, ZECHARIAH CHAFEE, ASSISTANT UNITED STATES ATTORNEY,<br><br>Defendants. | ) | Civil No. 07-184 |

**OBJECTION TO PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT**

Pursuant to Local Rule 7(b), Defendants United States District Judge Ernest C. Torres, United States Attorney Robert Clark Corrente, and Assistant United States Attorney Zechariah Chafee oppose Plaintiff John L. Riccio's Motion for Entry of Default. Docket Number 22. Defendants filed their motion to dismiss Plaintiff's complaint within the prescribed deadline, and, therefore, the motion for entry of default should be denied.

In support of this objection, Defendants refer the Court to the Memorandum of Law in Support of Defendants' Objection to Plaintiff's Motion for Entry of Default.

Therefore, Defendants request that the Court deny Plaintiff's Motion for Entry of Default.

Respectfully submitted,

THOMAS P. COLANTUONO
United States Attorney

/s/ Seth R. Aframe
By:
Seth R. Aframe
Mass. Bar No. 643288
Special Attorney, District of Rhode Island
U.S. Department of Justice
53 Pleasant Street, Fourth Floor
Concord, NH 03301-3904
(603) 225-1552
seth.aframe@usdoj.gov

October 26, 2007

CERTIFICATE OF SERVICE

I certify that on this 26th day of October, 2007, the foregoing Objection and accompanying Memorandum of Law was mailed via first-class, postage prepaid, mail to John L. Riccio, 122 King Phillip Drive, No. Kingstown, RI 02852, pro se plaintiff.

/s/ Seth R. Aframe
Seth R. Aframe, Special Attorney