UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

John L. Riccio

v. Case No. 07-cv-184-SM

Ernest C. Torres, et al.

# ORDER

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated January 22, 2008, no objection having been filed, for the reasons set forth therein (I note, however, that plaintiff's motion to amend the complaint (document no. 11) was previously denied by order dated September 28, 2007). In addition, for essentially the same reasons, the Defendants' motion to dismiss (document no. 17) is GRANTED. All other pending motions are denied as moot. Plaintiff's complaint (document no. 1) is hereby dismissed without prejudice.

SO ORDERED.

February 11, 2008

Steven J. McAuliffe
Chief Judge

cc: John L. Riccio, pro se
Seth R. Aframe, AUSA