# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**JOHN L. RICCIO**

**Vs.** **C.A. NO. 07-184ML**

**JUDGE ERNEST C. TORRES,**
**ROBERT C. CORRENTE and**
**ZECHARIAH CHAFEE**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

**Judgment shall enter for the defendants, Judge Ernest C. Torres, Robert C. Corrente and Zechariah Chafee against the plaintiff, John L. Riccio, pursuant to the Order dated February 11, 2008 GRANTING Defendants' Motion to Dismiss. Plaintiff's complaint is dismissed without prejudice.**

Enter:

Barbara Barletta

Deputy Clerk

DATED: February 12, 2008